DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT DAVID RHODES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0900

[June 20, 2024]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 50-2016-CF-007438-AXXX-MB.

Robert David Rhodes, Live Oak, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***